Petition for Writ of Mandamus Denied and Opinion filed December 12, 2002









Petition for Writ of Mandamus Denied and Opinion filed
December 12, 2002.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-01249-CV

____________

 

IN RE JOHN PATRICK FORWARD, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

O P I N I O N

On December 3, 2002, relator
filed a petition for writ of mandamus in this Court, seeking to compel the Hon.
Mark Kent Ellis, Judge of the 351st District Court of Harris County, to rule on
a pending post-conviction motion for recusal.  See Tex.
Gov=t. Code Ann. ' 22.221; see also Tex. R. App. P. 52.

We deny relator=s petition for writ of mandamus.

 

PER CURIAM

 

Petition Denied
and Opinion filed December 12, 2002.

Panel consists of
Chief Justice Brister and Justices Hudson and Fowler.

Do Not Publish ‑ Tex. R. App. P. 47.3(b).